In the Matter of DEBORAH J. McCULLOCH, Executive Director of Central New York Psychiatric Center, Respondent, v MELVIN H., a Patient at Central New York Psychiatric Center, Consecutive No. 263968, Appellant. [65 NYS3d 835]—Appeal from

an order of the Supreme Court, Oneida County (David A. Murad, J.), entered March 14, 2016. The order granted petitioner's application for authorization to administer medication to respondent over his objection.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Respondent appeals from an order granting petitioner's application for authorization to administer medication to respondent over his objection. The order has since expired, rendering this appeal moot (*see Matter of Bosco [Quinton F.]*, 100 AD3d 1525, 1526 [4th Dept 2012]), and this case does not fall within the exception to the mootness doctrine (*see Matter of McGrath*, 245 AD2d 1081, 1082 [4th Dept 1997]; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Centra, J.P., Peradotto, Lindley, Curran and Troutman, JJ.